| IN THE | CIRCUIT | COURT OF | RANDOLPH | COUNTY |
|---|---|---|---|---|

☐ STATE OF ALABAMA
City of _____

**EXHIBIT A**

v. _____

**Distinguishing Features:**

**SSAN**

| Sex | Race | DOB | Eyes | Hair | Height | Weight |
|---|---|---|---|---|---|---|

**Defendant:** Phillip Burden

**Address:**

| Case Number | Jury / Non Jury | Date Arrested | X Incarcerated / On Bond |
|---|---|---|---|
| CC 92 017 | | 08-06-91 | |

**Charges:** ☐ Misd.  ☒ Fel.  ☐ Mun. Ord. Viol.  ☐ App.
Burglary 3
Theft 2

**Prosecutor:** Hollis

**Judge ID:**

**Attorney(s):** K. Warren, A

**Date War/Cap. Issued:** (08-06-91)
**Date Committed to Jail:** (08-06-91)
**Date Released on Bond:**
**Bond Amount:**
**Date Prelim. Hearing:**
**Bond Type & Sureties:**
**Grand Jury No.:** 82, 83
**Date of Indictment:** 02-12-92
**Date of Trial:**

*Filed in Office*
*C - 2 2002*
*KIM S. BENEFIELD*
*Clerk of Circuit Court*

**Defendant Index** / **Court Calendar**

**Type of Officer:** Surrett  ☐ Municipal  ☒ County  ☐ State  ☐ Conservation

4-14-92 ...

**Additional Information And Remarks:**
DC 91 711
DC 91 712

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 3-12-92 | Affidavit [illegible] / Hardship Order |
| 3-16-92 | Motion for Discovery |
| 4-9-92 | Motion for Discovery-State / Discovery Response |

Case No: CC 92-017, 020

On this 12th day of March, 1992, came Honorable Rea Clark who prosecutes for the State of Alabama. Also came in open Court, the Defendant, _Phillip Burden_, in his/her own proper person and attended by his/her counsel, Honorable _Keith Warren_, said counsel being appointed by the Court to represent the Defendant (retained by the Defendant). The Court hereby notes the above named attorney's appearance for said Defendant.

The Defendant, being duly arraigned upon said indictment, reading of the indictment being duly waived, for his/her pleas thereto says, in the presence of and with the consent and approval of his/her counsel that he/she is not guilty in manner and form as charged.

It is Ordered and Adjudged by the Court that the said Defendant be and he/she is hereby remanded to jail or released on bond, pending the trial of this cause. Existing bond continues in effect. The Court advised the Defendant that it will be necessary for said Defendant to be before the Court for trial on May 11, 1992, at 9:00 a.m.

The Defendant is given 10 days to file any special pleas or motions going to the form of the indictment.

Done this 12th day of March, 1992.

_Lewis H. Hamner_
Circuit Judge

STATE OF ALABAMA
RANDOLPH COUNTY
I, Kim S. Benefield, Clerk of the Circuit Court of Randolph County, Alabama, do hereby certify that above and foregoing is a true and correct copy of _Case Action Rec, Plea of Guilt_ as the same appears of record and on file in my office. Witness my hand and seal, this 13th day of September, 2001.
_Kim S. Benefield_
Clerk of the Circuit Court of
Randolph County, Alabama