State of Alabama
Unified Judicial System
Form C-7A (p.1) 10/88

CASE ACTION SUMMARY (CONTINUATION)
SENTENCING ORDER

Case Number
CC 92-017
CC 92-020

Case 3:05-cv-00682-MEF-SRW   Document 2-4   Filed 07/26/2005   Page 1 of 1

EXHIBIT C       Page Number 1 of 2 Pages

STATE OF ALABAMA v. PHILLIP BURDEN

| DATE | JUDGE'S INITIALS | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|---|

6/15/92

### Sentencing Order

KIM S. BENEFIELD
Clerk of Circuit Court

The defendant and counsel, and counsel for the State of Alabama appeared in open court for the defendant to be sentenced on his/her conviction of <u>Burglary in the Third Degree in in CC 92-017 and Burglary in the Third Degree in CC 92-020.</u>

### Habitual Felony Offender

☐ The defendant has been given reasonable notice that the State intended to move the Court to sentence the defendant under the provisions of §§13A-5-9 and 10, *Code of Alabama, 1975.* The State's motion to sentence the defendant pursuant to the Habitual Felony Offender Act is ☐ granted; ☐ denied. The Court finds the defendant has ☐ prior convictions:

### Sentence

☐ The defendant waived a sentencing hearing.
☒ The Court conducted a sentencing hearing.
☒ A pre-sentence report was requested by the defendant and considered by the Court.
☐ The defendant waived a pre-sentence investigation and report.
☒ The Court asked the defendant if he/she had anything to say why the sentence of law should not be imposed against him/her, and ☒ the defendant having had his/her say, ☐ the defendant had nothing to say, it is ORDERED as follows:

☒ The defendant is sentenced to the custody of the Commissioner of the Department of Corrections for a period of <u>fifteen (15)</u> year(s) and <u>in each case</u> day(s), _____ month(s), ☐ his/her life, ☐ his/her life without parole. <u>↱ to run concurrent.</u>

☐ The defendant is sentenced to the custody of the Sheriff of _____ County, Alabama, for a period of _____ one year, _____ month(s), _____ day(s).

☐ The defendant is sentenced to the custody of the Warden of the City of _____ Alabama, Jail, for a period of _____ one year, _____ month(s), _____ day(s).

☐ The defendant is fined the sum of $ _____.
☐ Y.O.A.
☐ Frank Lee Youth Center is recommended.
☐ The defendant's sentence shall be concurrent with the sentence(s) imposed in _____.
☒ The defendant shall pay restitution in the amount of $ <u>745.00</u>.
☒ The defendant shall pay the costs of this case.
☒ The defendant shall pay the Alabama Crime Victims Compensation Commission the sum of $ <u>50.00 each case, $100.00 total</u>.
☒ The defendant shall reimburse the State of Alabama the costs of his/her appointed counsel in the amount of $ <u>to be determined and approved by the Court.</u>
☒ The payment of court ordered monies shall be a condition of parole, early release, S.I.R., or work release.

23