```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
               W.E. DONALDSON CORR. FACILITY


AIS #: 148280      NAME: BURDEN, ANDREW PHILLIP           AS OF: 07/22/2005

                    # OF        AVG DAILY           MONTHLY
        MONTH       DAYS         BALANCE            DEPOSITS
       -----------------------------------------------------------

         JUL          9           $0.18              $0.00
         AUG         31           $6.65             $40.00
         SEP         30           $6.30             $40.00
         OCT         31           $7.81             $45.00
         NOV         30           $0.12             $20.00
         DEC         31           $6.99             $40.00
         JAN         31           $4.67             $40.00
         FEB         28           $9.85              $0.00
         MAR         31           $3.61             $40.00
         APR         30          $13.20             $50.00
         MAY         31           $2.00             $40.00
         JUN         30           $1.69             $25.00
         JUL         22           $3.74             $20.00
```



COURT COPY