EXHIBIT A

000070

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

AT

STATE OF ALABAMA )
VS )  CASE NUMBER: 01-115
ANDREW P. BURDEN )

RECEIVED 2005 SEP -9 A 9: 54

## NOTICE TO DEFENDANT OF PREVIOUS CONVICTIONS

You are hereby notified that the District Attorney's Office has evidence of the following convictions, which, in the event of your conviction in the above case, will be presented to the Court for consideration under the Alabama Habitual Offender Status:

| DATE | CASE NO: | CHARGE | DISPOSITION | JURISDICTION |
|---|---|---|---|---|
| 10/25/95 | 95-151 | Assault 2 | guilty | Randolph Co., AL |
|  | 92-020 | Burg. 3 | guilty | Randolph Co., AL |
| 4/14/92 | 92-017 | Burg. 3 | guilty | Randolph Co., AL |
| 4/21/86 | 86-007 | Theft 1 | guilty | Randolph Co., AL |
| 10/5/87 | 87-054 | RSP 1 | guilty | Randolph Co., AL |

You will be notified in the event the District Attorney receives evidence of any other or additional convictions.

This the 25th day of Sept, 2001.

_____
Prosecutor

I hereby acknowledge receipt of the above notice this the ____ day of _____,

_____
Defendant