IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ANDREW PHILLIP BURDEN, #148280, )
)
    Petitioner, )
)
v. )  CIVIL ACTION NO. 3:05-CV-682-F
KENNETH JONES, et al., )
)
    Respondents. )

**ORDER ON MOTION**

Upon consideration of the motion for appointment of counsel filed by the petitioner on September 9, 2005, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

DONE, this 20th day of September, 2005.

                            /s/ Susan Russ Walker
                            SUSAN RUSS WALKER
                            UNITED STATES MAGISTRATE JUDGE