IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN
DIVISION

RECEIVED
2005 OCT 12 A 9: 48

ANDREW PHILIP BURDEN
    PETITIONER

VS,                                    CIVIL ACTION NO: 3:05 CV 682-F

KENNETH JONES, ET AL,

## PETITIONER OBJECTS TO THE RECOMMENDATION

COMES ANDREW PHILIP BURDEN" THE PETITIONER
AND FILD UNDER 28 U.S.C. 636 (B)(1)(A) AN OBJECTS
TO THE COURT ORDER DENIED THE HABEAS CORPUS,
ON SEPTEMBER 28th 2005.

### (1)

THE MAGISTRATE FAIL TO FINDS FACTS:

THE MAGISTRATE DENIED THE HABEAS CORPUS
PETITION IN HER SEPTEMBER 28th 2005 ORDER DID NOT
STATES ANY REASONS FOR THE DENIAL IN HER WRITTEN
ORDER.

YOUR PETITIONER GAVE CAUSE AND PREJUDICE
FUNDAMENTAL MISCARRIAGE OF JUSTICE AUTHORITY
FOR HIS MERITORIOUS CLAIM OF RELIEF INVOLVING HIS
CONVICTIONS BECAUSE HE WAS WITHOUT REPRESENTED AT
SENTENCED.

THE MAGISTRATE DID NOT FILE A RECOMMENDATION
THEREFORE PETITIONER HAVE NOTHING TO OBJECT TO SO
THE CONSTITUTION MAKES CLEAR ONE OF THE MOST BASIC
FACTS THAT GIVE EQUITABLE MEANING TO OUR "BILL OF

RIGHTS WE THE PEOPLE FORM OUR CONSTITUTION, BY THAT CONSTITUTION LAWS COME TO PROTECT OR CONDEMN US SHOULD WE VIOLATE" ONE OF THE BASIC RIGHTS IS SUBSTANTIVE ACCESS TO THE COURT. BOUNDS VS. SMITH, 430 U.S. 817, 821 (1977), AMMENDMENT III U.S. CONSTITUTION TO RESTRICT THE IMPRISONED ACCESS TO THE COURT THE GREAT KEY OF LIBERTY.

YOUR PETITIONER PLEADS TO BE ALLOWED TO PROCEED IN HIS HABEAS CORPUS PETITION ON THE MERIT BEFORE THIS HONORABLE COURT.

RESPECTFULLY SUBMITTED

*Andrew Phillip Bowden*

100 WARRIOR LANE
BESSEMER AL 35023

DONE AND MAILED TO THIS COURT AND A COPY TO RESPONDENTS BY U.S. MAIL OCT 8, 2005.

*Andrew Phillip Bowden*

100 WARRIOR LANE
BESSEMER AL 35023