N THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, #148280, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 3:05-cv-682-F |
| ) | |
| KENNETH JONES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

This cause is before the Court on the petitioner's objection to the Magistrate Judge's order (Doc. #13) filed on October 12, 2005. Specifically, petitioner objects to the Magistrate Judge's order of September 28, 2005 (Doc. #12). After an independent review of the Magistrate Judge's order and the petitioner's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that petitioner's objection (Doc. #13) is OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this 2nd day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE