IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA, EASTERN DIVISION

ANDREW PHILLIP BURDEN, #148280,     )
    petitioner,     )
V.     )
KENNETH JONES, et al.,     )     CASE#3:05-cv-682-F
    Respondants.     )

## NOTICE OF CHANGE OF ADDRESS, AND/ MOTION FOR CASE ACTION SUMMARY

Comes now the petitioner, Andrew Phillip Burden, and respectfully submits his **Notice** that he has relocated at the following institution; **Staton Corr. Facility, P.O. Box 56, Elmore, Alabama 36025.** Please be informed that any and/ all pleadings, judgments, decreeds, etc., should be forwarded to the same. **Also**, as grounds for the **Motion For Case Action Summary** the petitioner would state;

1) The petitioner currently has a action pending in this court regarding #3:05-cv-682-F.

2) After having commenced such actions, the petitioner was relocated at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama, 36025 The petitioner is unaware of any actions that may have been filed by the respondant State and/ by this honorable Court.

**Therefore**, the petitioner prays that this honorable Court advise him of the status of the foregoing cause of action in this respect.

Done this _19_ day of ___May___, 20___.

                              RESPECTFULLY
                              SUBMITTED.

## CERTIFICATE OF SERVICE

I, Andrew Phillip Burden, swears, verify, or states that the foregoing is true and coct and a copy of the same has been served upon the Respondants or Respondant's attorney by placing in the U.S. Mail Postal/prepaid to the address provided;

OFFICE OF THE ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130-0152

ALSO

MELODY RIDINGS BALDWIN
ASSISTANT DISTRICT ATTORNEY
P.O. BOX 262
WEDOWEE, ALABAMA
36278

Sworn to and Subscibed before me this _19th_ day of _May_ ,20 _06_ .

_Andrew P. Burden_
Andrew Phillip Burden

_____
NOTARY PUBLIC'S SIGNATURE

Andrew Phillip Burden #
Staton Corr. Fac.
P. O. Box 56,
Elmore, Ala.
36025
9577

Clerk Office of
United States District Court
For The Middle Dist. AL.
P. O. Box 711
Montgomery, Ala. 36101-0711