IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW PHILLIP BURDEN, #148280, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05-CV-682-MEF |
| | ) | |
| KENNETH JONES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon review of the motion for case action summary filed by the petitioner on May 24, 2006 (Court Doc. No. 15), which the court construes as a motion for status, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  The petitioner is advised that this case is pending on his petition for habeas corpus relief, the respondents' answer thereto and his response to the answer.  The petitioner is further advised that no additional pleadings are necessary for disposition of the issues presented in the petition and he will be immediately advised of any action taken by the court in this case.

DONE, this 25th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE