IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

Andrew Phillip Burden, #148280,   )
    Petitioner,
                               )

vs.                                              )   Civil Action No. 3:05-CV-682-MEF
                                              )

Kenneth Jones, et al.,
    Respondents.              )

REQUEST TO MOTION COURT FOR DISPOSITION
OF HABEAS CORPUS

Comes now, Andrew Phillip Burden, #148280, Petitioner in the above action and moves this court to grant this request to consider Motion For Disposition of Habeas Corpus, and show the following:

Approximately twenty-one months ago Petitioner filed a section 2254 Habeas petition in this court.

The case was assigned to Magistrate Judge Susan Russ Walker in which dismissal was recommended.

On November 02, 2005, this court referred the case back to the Magistrate Judge for appropriate action.

As of this date the case is pending for said action by the Magistrate Judge, in which more than sixteen (16) months has passed.

The section 2254 Habeas petition has merit, and a delay of sixteen (16) months is unreasonable; "Justice delayed is Justice denied."

The Respondents will not be prejudice if this request is granted.

Wherefore, Petitioner pray this request is granted.

Dated: 3/12/07

                                                        Andrew Burden
                                                        #148280-B1-31A
                                                       Staton Corr. Facility
                                                       P. O. Box 56
                                                       Elmore, Alabama 36025



ANDREW BURDEN
#148280-B1-31A
STATON CORR. FACILITY
P.O. BOX 56
ELMORE, ALABAMA
36025

MONTGOMERY AL 361
13 MAR 2007 PM 1 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

3:05cv683-mef