IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, #148280, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-682-MEF |
| | ) |
| KENNETH JONES, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file motion for disposition filed by the petitioner on March 14, 2007 (Court Doc. No. 17), and as allowing the petitioner to file such a motion will in no way facilitate disposition of this case, it is

ORDERED that this motion be and is hereby DENIED.

The petitioner is advised that this case is pending on his petition for habeas corpus relief, the respondents' answer thereto and his response to the answer. The petitioner is further advised that no additional pleadings are necessary for disposition of the issues presented in the petition and he will be immediately advised of any action taken by the court in this case. While the court is mindful that it received the petition on July 26, 2005, the pleadings necessary to disposition were not filed until September of 205. Moreover, the court's caseload of actions pending under 28 U.S.C. § 2254 makes it extremely difficult to expedite resolution of this cause of action, particularly since the court has adopted a policy of disposing of cases on the basis of length of pendency. The court assures the

petitioner that a determination of the issues presented in this case will be undertaken in due course.

Done this 14th day of March, 2007.

       /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE