IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 3:05-cv-0682-MEF |
| | ) |
| KENNETH JONES, *et al.,* | ) |
| | ) |
| Respondents. | ) |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #20) filed on October 3, 2007 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #19) entered on September 19, 2007 is adopted;

(3) The petition for habeas corpus relief filed by Andrew Phillip Burden is DENIED as it was not filed within the applicable period of limitations established by the law of this Circuit and the case is DISMISSED with prejudice.

DONE this the 31st day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE