IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2007 NOV 29  A 9: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

ANDREW PHILLIP BURDEN,

Petitioner,

V.

CASE NO. 3:05-CV-0682-MEF

KENNETH JONES, et al,

Respondents.


NOTICE OF APPEAL

The petitioner gives notice of intent to appeal the Court's order of October 31, 2007, denying petitioner's Petition for Habeas Corpus relief, holding it was not filed within the applicable period of limitation. The Petitioner would perfect this appeal in the Eleventh Circuit Court of Appeals in the status of a indigent State prisoner.

Andrew Burden
#148280-B1-31A
Staton Corr. Facility
P.O. Box 56
Elmore, Alabama
36025

Andrew Phillip Burden
# 148280 - B1 - 31A
Staton Corr. Facility
P.O. Box 56
Elmore, Alabama
　　　　　36025

MONTGOMERY AL. 361

28 NOV 2007 PM 2 T

Office Of The Clerk
United States District Court

P.O. Box 711
Montgomery, Alabama
　　　　　　36101 - 0711

36101+0711