UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT

CLERK

TELEPHONE
(334) 954-3610

November 29, 2007

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA  30303

USDCA NO CV-05-F-682-E

USCA NO 07-15635D

ANDREW PHILLIP BURDEN VS. KENNETH JONES, ET AL.

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.
 _X_ Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from enclosed.  If Opinion/Order was oral, please check box. [ ]
 _X_ First Notice of Appeal:__Yes,_ No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
 _Yes, The Court Reporter(s) is/are
 _X_No                         Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
 _X_ IFP _X_ ; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
 _X_ The Appellate docket fee has been paid;__Yes, _X_ No:_____Date, Receipt#_____
 ___Appellant has been  ___GRANTED;___
 __DENIED IFP, Copy of Order enclosed.
 __Appellant has been  ___GRANTED;__DENIED CPC/APPEALABILITY, Copy of Order enclosed.
 __Appeal Bond, ___ Supersedeas Bond
 _X_ The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER
 ___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
 ___This is a DEATH PENALTY a_____
 ___ Certified record on appeal consisting of:
                        __Volume(s) of Pleadings,___ Volume(s) of Transcripts,
                        __ SEALED ITEMS, ie. __ PSI(s)____; OTHER____; TAPE(s)____
                        __ Exhibits:
                        ___Volume (s) of Original Papers

Sincerely,

DEBRA P. HACKETT, CLERK

By:    Yolanda Williams
         Deputy Clerk

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

December 05, 2007

**Appeal Number: 07-15635-D**
Case Style: Andrew Phillip Burden v. Kenneth Jones
District Court Number: 05-00682 CV-F-E

TO:   Andrew Phillip Burden (148280)

CC:   Debra P. Hackett

CC:   Troy King

CC:   John M. Porter

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 05, 2007

Andrew Phillip Burden (148280)
Staton CF
PO BOX 56
ELMORE  AL  36025-0056

**Appeal Number: 07-15635-D**
Case Style: Andrew Phillip Burden v. Kenneth Jones
District Court Number:  05-00682 CV-F-E

The referenced case has been docketed in this court.  Please use the appellate docket number noted above when making inquiries.  Upon receipt of the district court's order concerning whether a certificate of appealability will be issued, we will advise you of further requirements.

Upon entry of an order regarding a certificate of appealability and/or leave to proceed in forma pauperis on appeal, the district court clerk is requested to forward a copy of that order and a copy of the page of the district court docket sheet reflecting entry of that order.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules.  The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first.  The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form.  Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system.  If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report.  Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate.  You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir R. 46-1, et seq.  An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date.  In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.  The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form.  See 11th Cir. R. 46-5.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed without further notice by

the clerk unless the $450 docket and $5 filing fees (total of $455) is paid to the **DISTRICT COURT** clerk, with notice to this office, or appellant requests leave to proceed in forma pauperis <u>on appeal</u> in the district court [See Fed.R.App.P 24(a)]. A form which may be filed in the <u>district court</u> to accomplish this is enclosed.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

c: District Court Clerk

Encl.

HAB-1 (11-2007)